IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

NOAH DICKERHOFF,

      Appellant,

v.                             Case No.     5D21-2594
                                   LT Case No.  2020-101027-CFDL

STATE OF FLORIDA,

      Appellee.

_____/

Decision filed July 19, 2022

Appeal from the Circuit Court
for Volusia County,
Dawn D. Nichols, Judge.

Aaron David Delgado, and Ann M. Phillips, of
The Law Office of Aaron Delgado & Associates,
PLLC, Daytona Beach, for Appellant.

Ashley Moody, Attorney General, Tallahassee,
and Richard A. Pallas, Jr., Assistant Attorney
General, Daytona Beach, for Appellee.

PER CURIAM.

     AFFIRMED.

COHEN, TRAVER and NARDELLA, JJ., concur.